```
 1  McGREGOR W. SCOTT
    United States Attorney
 2  DANIEL S. LINHARDT
    Assistant U.S. Attorney
 3  501 I Street, Suite 10-100
    Sacramento, California 95814
 4  Telephone: (916) 554-2770
 5
 6
 7
 8              IN THE UNITED STATES DISTRICT COURT
 9            FOR THE EASTERN DISTRICT OF CALIFORNIA
10
11  UNITED STATES OF AMERICA,    )  CR. No.  S-04-026 WBS
                                 )
12           Plaintiff,          )
                                 )  ORDER RE:  GOVERNMENT'S EX PARTE
13       v.                      )  MOTION TO RELEASE COMPUTERS
                                 )
14  SUSAN E. D'ORTA, et al.      )
                                 )
15           Defendants.         )
16  _____)
```

17      This matter having come before the Court on an ex parte
18 motion of the United States of America to obtain an Order
19 compelling the San Diego County Sheriff's Department Crime
20 Laboratory Property and Evidence Unit to turn over to the
21 defendants for inspection and downloading the computers seized by
22 the Sheriff's Department from the business of the defendants and
23 the home of defendant Susan D'Orta pursuant to a state search
24 warrant.  The defendants are to return the computers in the same
25 condition in which they received them to the San Diego County
26 Sheriff's Department after they have completed their examination
27 and downloading of such information as they defendants deem
28 appropriate.  The government's motion is hereby granted in order

that it can fulfill its requirements under Rule 16 of the Federal Rules of Criminal Procedure.

DATED: April 19, 2005

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE