```
 1  QUIN DENVIR, Bar #49374
    Federal Defender
 2
    MATTHEW C. BOCKMON, Bar #161566
 3  Assistant Federal Defender
    Designated Counsel for Service
 4  801 I Street, 3rd Floor
    Sacramento, California 95814
 5  Telephone: (916) 498-5700

 6  Attorney for Defendant
    JAMES E. BLEDSOE
 7

 8

 9                IN THE UNITED STATES DISTRICT COURT

10               FOR THE EASTERN DISTRICT OF CALIFORNIA

11

12  UNITED STATES OF AMERICA,     ) No. CR-S-04-26-WBS GGH
                                  )
13                 Plaintiff,     )
                                  ) STIPULATION AND [PROPOSED] ORDER
14      v.                        ) MODIFYING CONDITIONS OF PRETRIAL
                                  ) RELEASE
15  JAMES E. BLEDSOE,             )
                                  )
16                 Defendant.     )
                                  ) Judge: Hon. Gregory G. Hollows
17  _____ )

18
```

19    IT IS HEREBY STIPULATED AND AGREED between plaintiff, United
20 States of America, through Daniel S. Linhardt, Supervising Assistant
21 Federal Defender, and defendant, James E. Bledsoe, through his counsel,
22 Matthew C. Bockmon, Assistant Federal Defender, that the conditions of
23 pretrial release be amended to permit travel to the District of Arizona
24 with advance approval of Pretrial Services and upon condition that
25 James Bledsoe maintain telephonic contact with Pretrial Services as
26 directed while there.
27 //
28 //

1   The parties further agree that all other conditions of release
2   shall remain in effect.
3   Dated:  May 26, 2005
4                                           Respectfully submitted,
5                                           QUIN DENVIR
                                            Federal Defender
6
                                            /s/ Matthew C. Bockmon
7                                           _____
                                            MATTHEW C. BOCKMON
8                                           Assistant Federal Defender
                                            Attorney for Defendant
9                                           JAMES E. BLEDSOE
10  Dated:  May 26, 2005
                                            /s/ Matthew C. Bockmon for
11                                          _____
                                            DANIEL S. LINHARDT
12                                          Assistant United States Attorney
                                            per telephonic authorization
13

14                              O R D E R
15       It is so ordered that the conditions of Pretrial Release be
16  modified to permit travel to the District of Arizona with advance
17  approval of Pretrial Services and upon condition that James Bledsoe
18  maintain telephonic contact with Pretrial Services as directed while
19  there.
20  Dated: 6/1/05                           /s/ Gregory G. Hollows
21                                          _____
                                                  GREGORY G. HOLLOWS
22
    bledsoe26.ord05
23

24

25

26  Stip & Order Modifying Conditions
27

28                                    2