DANIEL J. BRODERICK, Bar #89424
Acting Federal Defender

MATTHEW C. BOCKMON, Bar #161566
Assistant Federal Defender
Designated Counsel for Service
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorney for Defendant
JAMES E. BLEDSOE

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | NO. CR-S-04-0026 WBS |
| | ) | |
| Plaintiff, | ) | |
| | ) | PROPOSED ORDER FOLLOWING HEARING |
| v. | ) | |
| | ) | |
| JAMES E. BLEDSOE and | ) | |
| SUSAN E. D'ORTA, | ) | Judge: Hon. William B. Shubb |
| | ) | |
| Defendants. | ) | |
| _____ | ) | |

This matter was before the court on February 16, 2005 for status hearing.  The government was represented by its counsel, Matthew Segal, Assistant United States Attorney; defendant, Susan D'Orta, having filed a waiver of appearance with the Court, was represented by Matthew C. Bockmon, appearing specially for Dwight Samuel; and defendant, James Bledsoe, having filed a waiver of appearance with the Court, was represented by his counsel, Matthew Bockmon, Assistant Federal Defender.

Mr. Bockmon represented to the Court that Mr. Samuel is still in a murder trial and should be available within the next five weeks.  It

was also represented that there has been a return on one of three subpoenas to date and that materials are to be copied for the government.  Defense counsel is to follow upon noncompliance.

Good cause appearing therefor,

IT IS ORDERED that both matters are continued to March 23, 2006 at 9:00 a.m. for further Status Conference.

IT IS FURTHER ORDERED that pursuant to 18 U.S.C. §3161 (h)(8)(B)(iv), Local Code T4, and 18 U.S.C. § 3161 (h)(8)(B)(ii), Local Code T2, the period from February 16, 2006 to March 23, 2006 is excluded from the time computations required by the Speedy Trial Act due to ongoing preparation of counsel and complexity.


I agree to the above continuance.

Dated:  March 04, 2006

/s/ James E. Bledsoe
_____
JAMES E. BLEDSOE


I agree to the above continuance.

Dated:  March 07, 2006

/s/ Susan E. D'Orta-Bledsoe
_____
SUSAN E. D'ORTA


IT IS SO ORDERED.

Dated:  March 20, 2006

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

Order Following Hearing                    2