DANIEL J. BRODERICK, Bar #89424
Federal Defender

MATTHEW C. BOCKMON, Bar #161566
Assistant Federal Defender
Designated Counsel for Service
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorney for Defendant
JAMES E. BLEDSOE

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,         )<br>                                   )<br>            Plaintiff,             )<br>                                   )<br>    v.                             )<br>                                   )<br>JAMES E. BLEDSOE and               )<br>SUSAN E. D'ORTA,                   )<br>                                   )<br>            Defendants.            )<br>_____) | NO. CR-S-04-0026 WBS<br><br>ORDER FOLLOWING HEARING ON<br>DEFENDANTS' MOTION TO CONTINUE<br>TRIAL DATE<br><br><br><br>Judge: Hon. William B. Shubb |

Defendants' Motion to Continue Trial Date came before the court on July 19, 2006, the Honorable William B. Shubb presiding. The government was represented by its counsel, Matthew Segal, Assistant United States Attorney; defendant, Susan D'Orta, having filed a waiver of appearance with the Court, was represented by her counsel Dwight Samuel; and defendant, James Bledsoe, having filed a waiver of appearance with the Court, was represented by his counsel, Matthew C. Bockmon, Assistant Federal Defender.

Good cause appearing therefor,

1   IT IS ORDERED that the Jury Trial in this matter is hereby reset
2 from September 6, 2006, to November 28, 2006, at 9:00 a.m. in courtroom
3 5 before the Honorable William B. Shubb.  IT IS FURTHER ORDERED that
4 the Trial Confirmation Hearing is hereby reset from August 23, 2006, to
5 October 25, 2006, at 9:00 a.m. in courtroom 5 before the Honorable
6 William B. Shubb.  Both defendants are to be present at the Trial
7 Confirmation Hearing.
8   IT IS FURTHER ORDERED that pursuant to 18 U.S.C. §3161 (h)(8)(B)
9 (iv), Local Code T4, and 18 U.S.C. § 3161 (h)(8)(B)(ii), Local Code T2,
10 the period from July 19, 2006 to and including November 28, 2006 is
11 excluded from the time computations required by the Speedy Trial Act
12 due to ongoing preparation of counsel and complexity of the matters at
13 bar.

15 I agree to the above continuances.
16 Dated:  __08/01_____, 2006
                                        /s/ James E. Bledsoe
17                                      _____
                                        JAMES E. BLEDSOE
18

19 I agree to the above continuances.
20 Dated:  __08/01_____, 2006
                                        /s/ Susan E. D'Orta-Bledsoe
21                                      _____
                                        SUSAN E. D'ORTA
22

23 IT IS SO ORDERED.
24 Dated:  August 7, 2006
25
26                                      _____
                                        WILLIAM B. SHUBB
27                                      UNITED STATES DISTRICT JUDGE
28

Order Following Hearing                2