DANIEL J. BRODERICK, #89424
Federal Defender
MATTHEW C. BOCKMON, Bar #161566
Assistant Federal Defender
Designated Counsel for Service
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorney for Defendant
JAMES E. BLEDSOE & SUSAN E. D'ORTA

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. CR-S-04-0026-WBS |
| ) Plaintiff, ) | |
| ) | STIPULATION AND [PROPOSED] ORDER |
| v. ) | SETTING STATUS HEARING; VACATING |
| ) | TCH & JURY TRIAL DATES |
| JAMES E. BLEDSOE & SUSAN E. ) D'ORTA, ) | |
| ) | Date:  October 25, 2006 |
| Defendants. ) | Time:  9:00 am |
| ) | Judge: Hon. William B. Shubb |

The United States of America through Matthew Segal Assistant United States Attorney together with defendant James Bledsoe through Assistant Federal Defender Matthew Bockmon, and defendant Suzan D'Orta through Dwight Samuel, Esq. agree to vacate the trial confirmation hearing scheduled for October 25, 2006 and jury trial of November 28, 2006, and set the case for status hearing on October 25, 2006 for the following reasons:

The parties have earnestly renewed plea negotiations.

Defense counsel have narrowed their search for a business expert down to three candidates, and hope to obtain court authorization for

1 such services soon.

2     Counsel for the government is providing three San Diego county
3 search warrant applications relating to this case.  Defense counsel
4 will need additional time to review those applications upon receipt.

5     The Court has already excluded time from Speedy Trial Act
6 computation until October 25, 2006.

7     Therefore the parties agree to vacate the trial confirmation and
8 jury trial dates, and set the case for status conference on October 25,
9 2006.

10 Dated:   September 21, 2006

                                    Respectfully submitted,

                                    DANIEL J. BRODERICK
                                  Federal Defender


                                  /s/ Matthew C. Bockmon
                                  _____
                                  MATTHEW C. BOCKMON
                                  Assistant Federal Defender
                                  Attorney for Defendant
                                  JAMES E. BLEDSOE & for DWIGHT SAMUEL
                                  Esq for SUSAN E. D'ORTA & for
                                  MATTHEW SEGAL for the United States
                                  per telephonic authorization


                                  **O R D E R**

SO ORDERED VACATING TRIAL CONFIRMATION AND JURY TRIAL DATES; SETTING STATUS CONFERENCE ON OCTOBER 25, 2006

Dated:   September 22, 2006

_William B. Shubb_
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

Stipulation & Order                     -2-