1 DWIGHT M. SAMUEL (CA SB# 054486)
A Professional Corporation
2 117 J Street, Suite 202
Sacramento, California 95814-2282
3 916-447-1193

4 Attorney for Defendant
Susan D'Orta

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| | ) | NO. Cr.S-04-0026-WBS |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | STIPULATION AND ~~PROPOSED~~ |
| | ) | ORDER |
| Susan D'Orta. | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |
| _____ | ) | |

Defendants Susan D'Orta and James Bledsoe, through respective counsel, and the United States of America, through Assistant U.S. Attorney Matt Segal, agree that the Status Conference set for October 25, 2006 at 10:00 am be continued to November 29, 2006 at 10:00 am.

In addition, it is agreed that the court should find excludable time from the date of the last proceeding, pursuant to local rule T-2, T-4.

Respectfully submitted,

DATED: October 24, 2006        /S/_____
                               DWIGHT M. SAMUEL
                               Attorney for Defendant
                               Susan D'Orta

1 
2  DATED: October 24, 2006           /S/_____
                                    Matt Bockmon
3                                   Attorney for Defendant
                                    James Bledsoe
4 
5  DATED: October 24, 2006           /S/_____
                                    Matt Segal
                                    Assistant United States Attorney
6                                   (Signed per Telephonic authorization)
7 
8 
9          IT IS SO ORDERED.

10 DATED:  October 25, 2006

11
                        _William V. Shubb_____
12                      WILLIAM B. SHUBB
                        UNITED STATES DISTRICT JUDGE
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28