```
 1  DANIEL J. BRODERICK, #89424
    Federal Defender
 2  LINDA C. HARTER, CA Bar #179741
    Chief Assistant Federal Defender
 3  Designated Counsel for Service
    801 I Street, 3rd Floor
 4  Sacramento, California 95814
    Telephone: (916) 498-5700
 5

 6
    Attorney for Defendant
 7  JAMES E. BLEDSOE

 8

 9
                    IN THE UNITED STATES DISTRICT COURT
10
                  FOR THE EASTERN DISTRICT OF CALIFORNIA
11

12

13
    UNITED STATES OF AMERICA,     ) No. Cr. S 04-0026 WBS
14                                )
                 Plaintiff,       )
15                                ) STIPULATION AND ORDER MODIFYING
         v.                       ) CONDITIONS OF PRETRIAL RELEASE
16                                )
    JAMES E. BLEDSOE,             )
17                                )
                 Defendant.       )
18                                ) Judge: Hon. Dale A. Drozd
    _____ )
19

20

21       IT IS HEREBY STIPULATED AND AGREED between the plaintiff, United

22  States of America, through Matthew Segal, Assistant U.S. Attorney, and

23  the defendant, James E. Bledsoe, through his counsel Linda C. Harter,

24  Chief Assistant Federal Defender, that, pursuant to 18 U.S.C. § 3145(a)

25  the conditions of pretrial release be modified.

26       Specifically, the parties agree that condition number two which

27  reads "Your travel is restricted to the State of California without the

28
```

prior consent of the Pretrial Services Officer"[1] be changed to "Your travel is restricted to the United States of America and, with the exception of emergencies, is subject to prior approval from the Pretrial Services Officer.  In the event of an emergency, such as the illness of a close family member, you must contact and obtain approval from pretrial services as soon as practicable."

The parties agree to this stipulation and counsel for the defendant conferred with the Pretrial Service Officers in Sacramento and in San Diego.  Both Officers indicated they had no objection to this modification.

Dated:  November 17, 2006

                                      Respectfully submitted,

                                      DANIEL J. BRODERICK
                                      Federal Defender


                                      /s/ Linda C. Harter
                                    _____
                                    LINDA C. HARTER
                                    Chief Assistant Federal Defender
                                    Attorney for Defendant
                                    JAMES E. BLEDSOE


**O R D E R**

**IT IS SO ORDERED.**  Condition number two of the defendant's Special Conditions of Pretrial Release (originally set on March 1, 2004 and later amended on June 1, 2005) is hereby modified.  That condition should now read:

2.  Your travel is restricted to the United States of America, and, with the exception of emergencies, is subject to prior approval

---

[1] In June of 2005, following the illness of a family member in Arizona, this condition was modified to permit travel, with advanced approval, to Arizona.

Stip and Order re Pretrial Release          -2-

1  from the Pretrial Services Officer.  In the event of an emergency, such
2  as the illness of a close family member, you must contact and obtain
3  approval from the Pretrial Services Officer as soon as practicable.
4  DATED: November 20, 2006.

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

Ddad1/orders.criminal/bledsoe0026.stipord

Stip and Order re Pretrial Release        -3-