```
 1  DANIEL J. BRODERICK, Bar #89424
    Federal Defender
 2  LINDA C. HARTER, Bar # 179741
    Chief Assistant Federal Defender
 3  MATTHEW C. BOCKMON, Bar #161566
    Assistant Federal Defender
 4  801 I Street, 3rd Floor
    Sacramento, California 95814
 5  Telephone: (916) 498-5700

 6  Attorneys for Defendant
    JAMES E. BLEDSOE
 7

 8

 9              IN THE UNITED STATES DISTRICT COURT

10             FOR THE EASTERN DISTRICT OF CALIFORNIA

11

12

13  UNITED STATES OF AMERICA,    )  NO. CR-S-04-0026-WBS
                                 )
14                 Plaintiff,    )
                                 )  STIPULATION AND [PROPOSED] ORDER
15       v.                      )  CONTINUING STATUS CONFERENCE
                                 )
16  JAMES E. BLEDSOE and         )
    SUSAN E. D'ORTA, aka         )  DATE: December 20, 2006
17     Susan Mason               )  TIME: 9:00 a.m.
                                 )  JUDGE: William B. Shubb
18                 Defendants.   )
                                 )
19  _____ )
```

20       It is hereby stipulated and agreed to between the United States of

21  America through Matthew Segal, Assistant United States Attorney;

22  defendant, JAMES BLEDSOE, by and through his counsel, Linda C. Harter

23  on behalf of Matthew C. Bockmon, Assistant Federal Defender; and

24  defendant, SUSAN D'ORTA, by and through her counsel, Dwight M. Samuel,

25  Esq., that the status conference presently scheduled for hearing on

26  November 29, 2006 be vacated and rescheduled for status conference on

27  December 20, 2006 at 9:00 a.m.

28       This continuance is requested because defense counsel for James

Bledsoe has been out of the office on leave due to a family emergency. Further, defense counsel have met with two business experts who have declined employment in this matter and the search for such an expert continues by the defense.

　　IT IS FURTHER STIPULATED that the period from the date of the signing of this order to December 20, 2006 be excluded in computing the time within which trial must commence under the Speedy Trial Act, pursuant to 18 U.S.C. § 3161(h)(8)(B)(iv) and Local Code T4 for continuity and preparation of counsel and 18 U.S.C. § 3161(h)(8)(B)(ii) and Local Code T2 for complexity.

Dated: November 27, 2006

　　　　　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　DANIEL J. BRODERICK
　　　　　　　　　　　　　　　　　Federal Defender

　　　　　　　　　　　　　　　　　/s/ Linda C. Harter
　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　LINDA C. HARTER
　　　　　　　　　　　　　　　　　Assistant Federal Defender
　　　　　　　　　　　　　　　　　Attorney for Defendant
　　　　　　　　　　　　　　　　　JAMES E. BLEDSOE

　　　　　　　　　　　　　　　　　/s/ Dwight M. Samuel
　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　DWIGHT M. SAMUEL
　　　　　　　　　　　　　　　　　Attorney for Defendant
　　　　　　　　　　　　　　　　　SUSAN E. D'ORTA
　　　　　　　　　　　　　　　　　per telephonic authority

Dated:　November 29, 2006

　　　　　　　　　　　　　　　　　MCGREGOR W. SCOTT
　　　　　　　　　　　　　　　　　United States Attorney

　　　　　　　　　　　　　　　　　/s/ Matthew Segal
　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　MATTHEW SEGAL
　　　　　　　　　　　　　　　　　Assistant U.S. Attorney
　　　　　　　　　　　　　　　　　per telephonic authority

Stipulation & Order　　　　　　　　　2

**O R D E R**

IT IS SO ORDERED.

Dated:   November 29, 2006

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE