```
 1  DANIEL J. BRODERICK, Bar #89424
    Federal Defender
 2  MATTHEW C. BOCKMON, Bar #161566
    Assistant Federal Defender
 3  801 I Street, 3rd Floor
    Sacramento, California 95814
 4  Telephone: (916) 498-5700

 5  Attorneys for Defendant
    JAMES E. BLEDSOE
 6

 7

 8                  IN THE UNITED STATES DISTRICT COURT

 9                FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11

12  UNITED STATES OF AMERICA,      ) NO. CR-S-04-0026-WBS
                                   )
13              Plaintiff,         )
                                   ) STIPULATION AND [PROPOSED] ORDER
14      v.                         ) CONTINUING STATUS CONFERENCE
                                   )
15  JAMES E. BLEDSOE and           )
    SUSAN E. D'ORTA, aka           ) DATE: January 3, 2007
16     Susan Mason                 ) TIME: 9:00 a.m.
                                   ) JUDGE: William B. Shubb
17              Defendants.        )
                                   )
18  _____)
```

19      It is hereby stipulated and agreed to between the United States of
20  America through Matthew Segal, Assistant United States Attorney;
21  defendant, JAMES BLEDSOE, by and through his counsel, Matthew C.
22  Bockmon, Assistant Federal Defender; and defendant, SUSAN D'ORTA, by
23  and through her counsel, Dwight M. Samuel, Esq., that the status
24  conference presently scheduled for hearing on December 20, 2006 be
25  vacated and rescheduled for status conference on January 3, 2007 at
26  9:00 a.m.
27      This continuance is being requested because defense counsel are
28  still in the process of finding and retaining business experts and

1 reviewing voluminous documents associated with this matter.

2     IT IS FURTHER STIPULATED that the period from the date of the
3 signing of this order to and including January 3, 2007, be excluded in
4 computing the time within which trial must commence under the Speedy
5 Trial Act, pursuant to 18 U.S.C. § 3161(h)(8)(B)(iv) and Local Code T4
6 for continuity and preparation of counsel and 18 U.S.C.
7 § 3161(h)(8)(B)(ii) and Local Code T2 for complexity.

Dated: December 19, 2006

    Respectfully submitted,

    DANIEL J. BRODERICK
    Federal Defender

    /s/ Matthew C. Bockmon
    _____
    MATTHEW C. BOCKMON
    Assistant Federal Defender
    Attorney for Defendant
    JAMES E. BLEDSOE

    /s/ Matthew C. Bockmon for
        Dwight M. Samuel
    _____
    DWIGHT M. SAMUEL
    Attorney for Defendant
    SUSAN E. D'ORTA
    per telephonic authority

Dated: December 20, 2006

    MCGREGOR W. SCOTT
    United States Attorney

    /s/ Matthew Segal
    _____
    MATTHEW SEGAL
    Assistant U.S. Attorney
    per telephonic authority

//
//
//

Stipulation & Order      2

**O R D E R**

IT IS SO ORDERED.

Dated:   December 19, 2006

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

Stipulation & Order                          3