1 DWIGHT M. SAMUEL (CA SB# 054486)
A Professional Corporation
2 117 J Street, Suite 202
Sacramento, California 95814-2282
3 916-447-1193

4 Attorney for Defendant
Susan D'Orta

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| | ) | NO. Cr.S-04-0026-WBS |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | STIPULATION AND ~~PROPOSED~~ |
| | ) | ORDER |
| Susan D'Orta. | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |
| _____ | ) | |

    Defendants Susan D'Orta and James Bledsoe, through respective counsel, and the United States of America, through Assistant U.S. Attorney Matt Segal, agree that the Status Conference set for Monday, February 26, 2007 at **8:30 am** be continued to Monday, March 12, 2007 at **8:30 am** .

    In addition, it is agreed that the court should find excludable time from the date of the last proceeding, pursuant to local rule T-2, T-4.

Respectfully submitted,

DATED: February 22, 2007   /S/ _____
DWIGHT M. SAMUEL
Attorney for Defendant
Susan D'Orta

1  DATED: February 22, 2007          /S/_____
                                     Matt Bockmon
2                                    Attorney for Defendant
                                     James Bledsoe
3

4  DATED: February 22, 2007          /S/_____
                                     Matt Segal
5                                    Assistant United States Attorney

6

7

8
       IT IS SO ORDERED.
9
   DATED:  February 22, 2007
10

11                                   _____
                                     WILLIAM B. SHUBB
12                                   UNITED STATES DISTRICT JUDGE

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28