```
 1  DANIEL J. BRODERICK, Bar #89424
    Federal Defender
 2  MATTHEW C. BOCKMON, Bar #161566
    Assistant Federal Defender
 3  801 I Street, 3rd Floor
    Sacramento, California 95814
 4  Telephone: (916) 498-5700

 5  Attorneys for Defendant
    JAMES E. BLEDSOE
 6

 7

 8                IN THE UNITED STATES DISTRICT COURT

 9               FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11

12  UNITED STATES OF AMERICA,    ) NO. CR-S-04-0026-WBS
                                 )
13              Plaintiff,       )
                                 ) STIPULATION AND [PROPOSED] ORDER
14      v.                       ) CONTINUING STATUS CONFERENCE
                                 )
15  JAMES E. BLEDSOE and         )
    SUSAN E. D'ORTA, aka         ) DATE: April 2, 2007
16     Susan Mason               ) TIME: 8:30 a.m.
                                 ) JUDGE: William B. Shubb
17              Defendants.      )
                                 )
18  _____ )
```

19       It is hereby stipulated and agreed to between the United States of
20  America through Matthew Segal, Assistant United States Attorney;
21  defendant, JAMES BLEDSOE, by and through his counsel, Matthew C.
22  Bockmon, Assistant Federal Defender; and defendant, SUSAN D'ORTA, by
23  and through her counsel, Dwight M. Samuel, Esq., that the status
24  conference presently scheduled for hearing on March 12, 2007, be
25  vacated and rescheduled for status conference on April 2, 2007, at
26  8:30 a.m.
27       This continuance is being requested because the parties are in
28  the process of working on a resolution of this matter with clients who

1  reside out of district.

2      IT IS FURTHER STIPULATED that the period March 12, 2007, through
3  and including April 2, 2007, be excluded in computing the time within
4  which trial must commence under the Speedy Trial Act, pursuant to 18
5  U.S.C. § 3161(h)(8)(B)(iv) and Local Code T4 for continuity and
6  preparation of counsel and 18 U.S.C. § 3161(h)(8)(B)(ii) and Local Code
7  T2 for complexity.

8  Dated: March 9, 2007

                                          Respectfully submitted,

                                          DANIEL J. BRODERICK
                                          Federal Defender

                                          /s/ Matthew C. Bockmon
                                          _____
                                          MATTHEW C. BOCKMON
                                          Assistant Federal Defender
                                          Attorney for Defendant
                                          JAMES E. BLEDSOE

                                          /s/ Matthew C. Bockmon for
                                                Dwight M. Samuel
                                          _____
                                          DWIGHT M. SAMUEL
                                          Attorney for Defendant
                                          SUSAN E. D'ORTA
                                          per telephonic authority

Dated:  March 13, 2007

                                          MCGREGOR W. SCOTT
                                          United States Attorney

                                          /s/ Matthew Segal
                                          _____
                                          MATTHEW SEGAL
                                          Assistant U.S. Attorney
                                          per telephonic authority

//
//
//

Stipulation & Order                    2

**O R D E R**

IT IS SO ORDERED.

Dated:   March 12, 2007

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE