DANIEL J. BRODERICK, Bar #89424
Federal Defender
MATTHEW C. BOCKMON, Bar #161566
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorneys for Defendant
JAMES E. BLEDSOE

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                Plaintiff,<br><br>   v.<br><br>JAMES E. BLEDSOE and<br>SUSAN E. D'ORTA, aka<br>   Susan Mason<br><br>               Defendants.<br>_____ | NO. CR-S-04-0026-WBS<br><br>STIPULATION AND [~~PROPOSED~~] ORDER<br>CONTINUING STATUS CONFERENCE<br><br>DATE:  April 30, 2007<br>TIME:  8:30 a.m.<br>JUDGE: William B. Shubb |

    It is hereby stipulated and agreed to between the United States of America through Matthew Segal, Assistant United States Attorney; defendant, JAMES BLEDSOE, by and through his counsel, Matthew C. Bockmon, Assistant Federal Defender; and defendant, SUSAN D'ORTA, by and through her counsel, Dwight M. Samuel, Esq., that the status conference presently scheduled for hearing on April 2, 2007, be vacated and rescheduled for status conference on April 30, 2007, at 8:30 a.m.

    This continuance is being requested because the parties continue to work on a resolution of this matter and defense counsel needs

1  additional time to consult with their out-of-district clients regarding
2  consideration of a counteroffer.
3      IT IS FURTHER STIPULATED that the period April 2, 2007, through
4  and including April 30, 2007, be excluded in computing the time within
5  which trial must commence under the Speedy Trial Act, pursuant to 18
6  U.S.C. § 3161(h)(8)(B)(iv) and Local Code T4 for continuity and
7  preparation of counsel and 18 U.S.C. § 3161(h)(8)(B)(ii) and Local Code
8  T2 for complexity.
9  Dated: March 28, 2007

                                        Respectfully submitted,

                                        DANIEL J. BRODERICK
                                        Federal Defender

                                        /s/ Matthew C. Bockmon
                                        _____
                                        MATTHEW C. BOCKMON
                                        Assistant Federal Defender
                                        Attorney for Defendant
                                        JAMES E. BLEDSOE


                                        /s/ Matthew C. Bockmon for
                                            Dwight M. Samuel
                                        _____
                                        DWIGHT M. SAMUEL
                                        Attorney for Defendant
                                        SUSAN E. D'ORTA
                                        per telephonic authority

Dated:  April 2, 2007

                                        MCGREGOR W. SCOTT
                                        United States Attorney

                                        /s/ Matthew Segal
                                        _____
                                        MATTHEW SEGAL
                                        Assistant U.S. Attorney
                                        per telephonic authority


//
//
//

Stipulation & Order                     2

**O R D E R**

IT IS SO ORDERED.

Dated:  April 2, 2007

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE