DANIEL J. BRODERICK, Bar #89424
Federal Defender
MATTHEW C. BOCKMON, Bar #161566
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorneys for Defendant
JAMES E. BLEDSOE

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | NO. CR-S-04-0026-WBS |
| Plaintiff, | ) | |
| | ) | STIPULATION AND [~~PROPOSED~~] ORDER |
| v. | ) | CONTINUING STATUS CONFERENCE |
| | ) | |
| JAMES E. BLEDSOE and | ) | |
| SUSAN E. D'ORTA, aka | ) | DATE:  May 21, 2007 |
| Susan Mason | ) | TIME:  8:30 a.m. |
| | ) | JUDGE: William B. Shubb |
| Defendants. | ) | |
| | ) | |
| _____ | ) | |

It is hereby stipulated and agreed to between the United States of America through Matthew Segal, Assistant United States Attorney; defendant, JAMES BLEDSOE, by and through his counsel, Matthew C. Bockmon, Assistant Federal Defender; and defendant, SUSAN D'ORTA, by and through her counsel, Dwight M. Samuel, Esq., that the status conference presently scheduled for hearing on April 30, 2007, be vacated and rescheduled for status conference on May 21, 2007, at 8:30 a.m.

This continuance is being requested because defense counsel Dwight M. Samuel is currently in trial.  Also, the parties continue to

1  work towards a resolution of the matter, and are exchanging discovery

2  regarding loss and restitution; counsel needs additional time to

3  consult with their out-of-district clients regarding such loss and

4  restitution.

5      IT IS FURTHER STIPULATED that the period April 30, 2007, through

6  and including May 21, 2007, be excluded in computing the time within

7  which trial must commence under the Speedy Trial Act, pursuant to 18

8  U.S.C. § 3161(h)(8)(B)(iv) and Local Code T4 for continuity and

9  preparation of counsel and 18 U.S.C. § 3161(h)(8)(B)(ii) and Local Code

10  T2 for complexity.

11  Dated: April 27, 2007

12                                        Respectfully submitted,

13                                        DANIEL J. BRODERICK
                                          Federal Defender
14
                                          /s/ Matthew C. Bockmon
15                                        _____
16                                        MATTHEW C. BOCKMON
                                          Assistant Federal Defender
                                          Attorney for Defendant
17                                        JAMES E. BLEDSOE

18                                        /s/ Matthew C. Bockmon for
19                                            Dwight M. Samuel
                                          _____
20                                        DWIGHT M. SAMUEL
                                          Attorney for Defendant
21                                        SUSAN E. D'ORTA
                                          per telephonic authority
22
    Dated:  April 27, 2007
23
                                          MCGREGOR W. SCOTT
24                                        United States Attorney

25                                        /s/ Matthew Segal
                                          _____
26                                        MATTHEW SEGAL
                                          Assistant U.S. Attorney
27                                        per telephonic authority

28

    Stipulation & Order              2

1

**O R D E R**

2

IT IS SO ORDERED.

3

Dated:  April 27, 2007

4

5

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Stipulation & Order                              3