DANIEL J. BRODERICK, Bar #89424
Federal Defender
MATTHEW C. BOCKMON, Bar #161566
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorneys for Defendant
JAMES E. BLEDSOE

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) NO. CR-S-04-0026-WBS |
| Plaintiff, | ) |
| | ) STIPULATION AND [~~PROPOSED~~] ORDER |
| v. | ) CONTINUING STATUS CONFERENCE |
| JAMES E. BLEDSOE and | ) |
| SUSAN E. D'ORTA, aka | ) DATE: June 25, 2007 |
|   Susan Mason | ) TIME: 8:30 a.m. |
| | ) JUDGE: William B. Shubb |
| Defendants. | ) |
| _____ | ) |

It is hereby stipulated and agreed to between the United States of America through Matthew Segal, Assistant United States Attorney; defendant, JAMES BLEDSOE, by and through his counsel, Matthew C. Bockmon, Assistant Federal Defender; and defendant, SUSAN D'ORTA, by and through her counsel, Dwight M. Samuel, Esq., that the status conference presently scheduled for hearing on May 21, 2007, be vacated and rescheduled for status conference on June 25, 2007, at 8:30 a.m.

This continuance is being requested because defense counsel Dwight M. Samuel is currently in trial. Also, the parties continue to

1  work towards a resolution of the matter, and are exchanging discovery
2  regarding loss and restitution; counsel needs additional time to
3  consult with their out-of-district clients regarding such loss and
4  restitution.
5      IT IS FURTHER STIPULATED that the period May 21, 2007, through
6  and including June 25, 2007, be excluded in computing the time within
7  which trial must commence under the Speedy Trial Act, pursuant to 18
8  U.S.C. § 3161(h)(8)(B)(iv) and Local Code T4 for continuity and
9  preparation of counsel and 18 U.S.C. § 3161(h)(8)(B)(ii) and Local Code
10 T2 for complexity.
11     IT IS FURTHER STIPULATED that the parties agree to toll the
12 statute of limitations from the date of this stipulation until June 25,
13 2007, for any offenses for which the statute of limitations has not
14 expired.
15 Dated: May 18, 2007

                                    Respectfully submitted,

                                    DANIEL J. BRODERICK
                                    Federal Defender

                                    /s/ Matthew C. Bockmon
                                    _____
                                    MATTHEW C. BOCKMON
                                    Assistant Federal Defender
                                    Attorney for Defendant
                                    JAMES E. BLEDSOE


                                    /s/ Matthew C. Bockmon for
                                        Dwight M. Samuel
                                    _____
                                    DWIGHT M. SAMUEL
                                    Attorney for Defendant
                                    SUSAN E. D'ORTA
                                    per telephonic authority

27 //
28 //

Stipulation & Order                 2

1
2  Dated:  May 18, 2007
3                                           MCGREGOR W. SCOTT
                                            United States Attorney
4
                                            /s/ Matthew Segal
5                                           _____
                                            MATTHEW SEGAL
6                                           Assistant U.S. Attorney
                                            per telephonic authority
7
8
                           **O R D E R**
9
   IT IS SO ORDERED.
10
   Dated:  May 18, 2007
11
12                         _____
                           WILLIAM B. SHUBB
13                         UNITED STATES DISTRICT JUDGE
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

Stipulation & Order                         3