```
 1  DANIEL J. BRODERICK, Bar #89424
    Federal Defender
 2  MATTHEW C. BOCKMON, Bar #161566
    Assistant Federal Defender
 3  801 I Street, 3rd Floor
    Sacramento, California 95814
 4  Telephone: (916) 498-5700

 5  Attorneys for Defendant
    JAMES E. BLEDSOE
 6

 7

 8                  IN THE UNITED STATES DISTRICT COURT

 9                 FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11

12  UNITED STATES OF AMERICA,      )  NO. CR-S-04-0026-WBS
                                   )
13                 Plaintiff,      )
                                   )  STIPULATION AND [PROPOSED] ORDER
14       v.                        )  CONTINUING STATUS CONFERENCE
                                   )
15  JAMES E. BLEDSOE and           )
    SUSAN E. D'ORTA, aka           )  DATE:  July 23, 2007
16     Susan Mason                 )  TIME:  8:30 a.m.
                                   )  JUDGE: William B. Shubb
17                 Defendants.     )
                                   )
18  _____  )
```

19    It is hereby stipulated and agreed to between the United States of
20 America through Matthew Segal, Assistant United States Attorney;
21 defendant, JAMES BLEDSOE, by and through his counsel, Matthew C.
22 Bockmon, Assistant Federal Defender; and defendant, SUSAN D'ORTA, by
23 and through her counsel, Dwight M. Samuel, Esq., that the status
24 conference presently scheduled for hearing on June 25, 2007, be vacated
25 and rescheduled for status conference on July 23, 2007, at
26 8:30 a.m.
27     The parties continue to work towards a resolution of the matter,
28 and are exchanging discovery regarding loss and restitution; counsel

1  needs additional time to consult with their out-of-district clients
2  regarding such loss and restitution.
3       IT IS FURTHER STIPULATED that the period June 25, 2007, through
4  and including July 23, 2007, be excluded in computing the time within
5  which trial must commence under the Speedy Trial Act, pursuant to 18
6  U.S.C. § 3161(h)(8)(B)(iv) and Local Code T4 for continuity and
7  preparation of counsel and 18 U.S.C. § 3161(h)(8)(B)(ii) and Local Code
8  T2 for complexity.
9       IT IS FURTHER STIPULATED that the parties agree to toll the
10 statute of limitations from the date of this stipulation until July 23,
11 2007, for any offenses for which the statute of limitations has not
12 expired.
13 Dated: June 22, 2007

                                    Respectfully submitted,

                                    DANIEL J. BRODERICK
                                    Federal Defender

                                    /s/ Matthew C. Bockmon
                                    _____
                                    MATTHEW C. BOCKMON
                                    Assistant Federal Defender
                                    Attorney for Defendant
                                    JAMES E. BLEDSOE

                                    /s/ Matthew C. Bockmon for
                                        Dwight M. Samuel
                                    _____
                                    DWIGHT M. SAMUEL
                                    Attorney for Defendant
                                    SUSAN E. D'ORTA
                                    per telephonic authority

25 //
26 //
27
28

Stipulation & Order                 2

1 | Dated:  June 22, 2007

```
                                    MCGREGOR W. SCOTT
                                    United States Attorney

                                    /s/ Matthew Segal
                                    _____
                                    MATTHEW SEGAL
                                    Assistant U.S. Attorney
                                    per telephonic authority
```

**O R D E R**

IT IS SO ORDERED.

Dated:  June 22, 2007

```
                        _____
                        WILLIAM B. SHUBB
                        UNITED STATES DISTRICT JUDGE
```