DANIEL J. BRODERICK, Bar #89424
Federal Defender
MATTHEW C. BOCKMON, Bar #161566
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorneys for Defendant
JAMES E. BLEDSOE

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | NO. CR-S-04-0026-WBS |
| Plaintiff, | |
| v. | REQUEST FOR ORDER AND ORDER EXONERATING BOND AND RELEASING PROPERTY |
| JAMES E. BLEDSOE and SUSAN E. D'ORTA, aka Susan Mason | |
| Defendants. | |

On January 23, 2008, following sentencing, this Court ordered the exoneration of bond. Defendant had been released in the Southern District following a Fed.R.Crim.P. 40 proceeding in Case No. 04-mj-0214 JFS.

On February 10, 2004, by order of the Court, Case No. 04-mj-0214 JFS was transferred to the United States District Court for the Eastern District of California, Case Number CR-S-04-0026 WBS. At the time the case was transferred to the Eastern District, the original bond and trust deed were sent to the Eastern District of California (docket number 9 in Case Number 04-mj-0214 JFS).

On January 23, 2008, defendant James Bledsoe was sentenced in this case to probation of 36 months, and the minutes of the court reflected that the bond was exonerated.

It is hereby requested that the $50,000 secured appearance bond be exonerated in the above-captioned case and that the Clerk of the District Court be directed to reconvey back to the Trustor the deed of trust received by the Clerk of this court on or about February 19, 2004.

It is further requested that defendant's property in the possession of the Clerk of the Eastern District of California, denoted by receipt number 5191 and receipt number 5192, be released.

Counsel for the government has no objection to this request.

Dated: January 25, 2008

Respectfully submitted,

DANIEL J. BRODERICK
Federal Defender

/s/ Matthew C. Bockmon
_____
MATTHEW C. BOCKMON
Assistant Federal Defender
Attorney for Defendant
JAMES E. BLEDSOE

**O R D E R**

IT IS HEREBY ORDERED that the bond in the amount of $50,000 posted by Elena C. Bledsoe and secured by a Deed of Trust for her property located at 805 Reef Drive, San Diego, California, is hereby exonerated and the Clerk of the District Court is hereby directed to reconvey back to the Trustor the deed of trust received by the Clerk on or about February 10, 2004.

Order Exonerating Bond                2

1    IT IS FURTHER ORDERED THAT defendant's property in the possession
2 of the Clerk of the Eastern District of California, denoted by receipt
3 number 5191 and receipt number 5192, is hereby released.

IT IS SO ORDERED.

Dated: 01/29/08                    /s/ Gregory G. Hollows
                                   _____
                                   GREGORY G. HOLLOWS
                                   United States Magistrate Judge

bledsoe.ord