1  DWIGHT M. SAMUEL (CA SB# 054486)
   A Professional Corporation
2  117 J Street, Suite 202
   Sacramento, California 95814-2282
3  916-447-1193

4  Attorney for Defendant
   SUSAN D'ORTA

5

6

7

8              IN THE UNITED STATES DISTRICT COURT

9            FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11 UNITED STATES OF AMERICA,        )
                                    )   NO. Cr.S-04-0026-WBS
12            Plaintiff,            )
                                    )   AMENDED
13 v.                               )   ~~PROPOSED~~ STIPULATION AND
                                    )   ORDER
14 SUSAN D'ORTA,                    )
                                    )
15            Defendant.            )
                                    )
16 _____ )

17

18      Defendant, Susan D'Orta requested discovery from the United States Government on the

   OSC issues. Discovery is to be forth coming. As a result of the discovery issues Assistant U.S.
19
   Attorney, Matthew Segal has stipulated to extend the filing date for the OSC response to January
20
   30, 2009, originally due on January 23, 2009. The present hearing date is set for March 16, 2009.
21
   Respectfully submitted,
22

23

24 DATED: January 22, 2009          /S/Dwight M. Samuel
                                    Dwight M. Samuel
25                                  Attorney for Defendant
                                    Susan D'Orta
26

27 DATED: January 22, 2009          /S/Matthew Segal
                                    Matthew Segal
28                                  Assistant United States Attorney
                                    (Signed per Telephonic authorization)

1          IT IS SO ORDERED.

2     DATED:  January 23, 2009

3

4                                        WILLIAM B. SHUBB
                                         UNITED STATES DISTRICT JUDGE
5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28