```
 1  LAWRENCE G. BROWN
    Acting United States Attorney
 2  MATTHEW D. SEGAL
    Assistant U.S. Attorney
 3  501 I Street, Suite 10-100
    Sacramento, California 95814
 4  Telephone: (916) 554-2708
 5
                  IN THE UNITED STATES DISTRICT COURT
 6
                FOR THE EASTERN DISTRICT OF CALIFORNIA
 7
 8
    UNITED STATES OF AMERICA,    )    CASE NO. CR 2:04-26 WBS
 9                               )
                 Plaintiff,      )
10                               )    STIPULATION AND ~~PROPOSED~~
         v.                      )    ORDER TO FILE SUBSTITUTE
11                               )    REDACTED PAGE
    SUSAN D'ORTA,                )
12                               )
                 Defendant.      )
13                               )
    _____ )
14
15       The parties jointly request that the Court remove Page 12 of
16  Doc. #167 from the clerk's record, black out the number that
17  purports to be a social security number, and re-file the redacted
18  page.                         Respectfully Submitted,
                                  LAWRENCE G. BROWN
19                                Acting United States Attorney
20  DATED:  February 4, 2009   By:  /s/ Matt Segal
                                    MATTHEW D. SEGAL
21                                  Assistant U.S. Attorney
22
23  DATE:   February 4, 2009        /s/ Dwight Samuel
                                    DWIGHT SAMUEL
24                                  Attorney for Susan D'Orta
25                                  **SO ORDERED.**
    DATE:   February 4, 2009
26
                                    [signature: William B. Shubb]
27                                  _____
                                    WILLIAM B. SHUBB
28                                  UNITED STATES DISTRICT JUDGE
```